THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14

| | |
|---|---|
| LUIS CAMEJO-RODRIGUEZ,<br><br>                    Plaintiff,<br><br>         v.<br><br>MCC SUPT. MARGARET GILBERT, et al.,<br><br>                    Defendants. | CASE NO. C12-2221-JCC-MAT<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

15
16
17
18
19
20
21
22
23
24
25
26

        This matter comes before the Court on Plaintiff's application to proceed *in forma pauperis* (IFP) (Dkt. Nos. 5–7) and the Report and Recommendation of the Honorable Mary Alice Theiler, U.S. Magistrate Judge (Dkt. No. 14). Having thoroughly considered Plaintiff's application to proceed IFP, the Report and Recommendation, and the relevant record, the Court hereby finds and orders:

        (1) The Court adopts the Report and Recommendation;

        (2) Plaintiff's IFP application is DENIED;

        (3) This case shall proceed only if Plaintiff pays the full filing fee within thirty (30) days of this order. If the filing fee is not paid within that time, this case shall be dismissed; and

        (4) The Clerk is directed to send copies of this order to Plaintiff and to Judge Theiler.

        //

1    DATED this 8th day of February 2013.

2

3

4

5

6

7

8

John C. Coughenour
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26